# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 26-5023**

**September Term, 2025**

**1:20-cv-03010-APM**
**1:20-cv-03715-APM**

**Filed On: May 19, 2026**

United States of America, et al.,

      Appellees

      v.

Google LLC,

      Appellant

-----------------------------

Consolidated with 26-5047, 26-5049

## **O R D E R**

Upon consideration of the motion of Brave Software, Inc. for an extension of time to file amicus brief, the responses thereto, and the reply, it is

**ORDERED** that Brave Software may file two amicus briefs in support of neither party, not to exceed 6,500 words in the aggregate. The brief addressing issues raised in appellant's brief is due by May 29, 2026. The brief addressing issues raised in appellees' and cross-appellants' briefs is due by August 4, 2026.

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

          BY:    /s/
                 Scott H. Atchue
                 Deputy Clerk