# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5023**                              **September Term, 2025**

**1:20-cv-03715-APM**
**1:20-cv-03010-APM**

**Filed On: May 29, 2026** [2175743]

United States of America, et al.,

      Appellees

    v.

Google LLC,

      Appellant

------------------------------

Consolidated with 26-5047, 26-5049

## O R D E R

Upon consideration of the unopposed motion of Samsung Electronics Co., Ltd. for an extension of time to file an amicus curiae brief, it is

**ORDERED** that the motion be granted. The brief of Samsung Electronics Co., Ltd. addressing issues raised in the government's-plaintiff's principal cross-appeal briefs is due by August 25, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk