**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs – Appellees*<br>*Cross – Appellants,*<br><br>– v. –<br><br>GOOGLE LLC,<br>*Defendants – Appellants*<br>*Cross – Appellees.* | No. 26-5049<br><br>Consolidated with<br>Nos. 26-5023, 26-5047 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Plaintiff-Appellee/Cross-Appellant, State of Utah, hereby gives notice that Assistant Attorney General Matthew Michaloski is hereby withdrawn as counsel for Plaintiff State of Utah in the above-captioned matter. The State of Utah will continue to be represented by Marie W. L. Martin who has previously entered an appearance in this matter.

Dated this 21st Day of July, 2026.

Respectfully submitted,

By: */s/ Matthew Michaloski*

Matthew Michaloski
Utah Bar No. 19836
Assistant Attorney General
Antitrust & Data Privacy Division
Utah Office of the Attorney General
160 E 300 S, 5th Floor
P.O. Box 140830
Salt Lake City, UT 84114-0830
801-440-9825
mmichaloski@agutah.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Matthew Michaloski*
Matthew Michaloski
Assistant Attorney General
Antitrust & Data Privacy Division
Utah Office of the Attorney General